Jon M. Leader (SBN 147059)
jleader@lglaw.la
Gary J. Gorham (SBN 171061)
ggorham@lglaw.la
**LEADER GORHAM LLP**
1990 South Bundy Drive, Suite 390
Los Angeles, California 90025
Telephone: (310) 696-3300
Telecopy: (310) 696-3305

Attorneys for Plaintiff and Counter-Defendant
TOFASCO OF AMERICA, INC.

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOFASCO OF AMERICA, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ATICO INTERNATIONAL, U.S.A., INC., a Delaware corporation; WILLIAMS-SONOMA, INC., a California corporation; LONGS DRUG STORES CORPORATION, a Maryland corporation; and MOTORSPORTS AUTHENTICS, INC., a Nevada corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. CV-07-04120 ABC (FMOx) <br><br> Judge Audrey B. Collins <br> Courtroom 680 <br><br> [~~Proposed~~] FINAL JUDGMENT |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, consistent with the Court's Memorandum Opinions and Orders in this case and the entirety of the record available to this Court, the Court ORDERS AND ENTERS FINAL JUDGMENT as follows:

<u>As to Plaintiff Tofasco of America, Inc.'s First Amended Complaint:</u>

1. Defendant Atico International U.S.A, Inc.'s Motion for Summary Judgment of Non-Infringement (Docket No. 85) having been granted by the Court on July 24, 2008 (Docket No. 146), judgment is hereby entered in favor of Atico International U.S.A., Inc. ("Atico") on Tofasco of America, Inc.'s ("Tofasco") First Cause of Action for patent infringement. IT IS ORDERED, ADJUDGED AND DECREED THAT Tofasco shall take nothing by its First Cause of Action for patent infringement.

<u>As to Counterclaim-Plaintiff Atico International U.S.A., Inc.'s First Amended Answer and Counterclaims:</u>

2. Counter-Defendant Tofasco's Motion for Summary Judgment of Atico's counterclaim for inequitable conduct (Docket No. 195) having been granted by the Court on December 28, 2009 (Docket No. 209), judgment is hereby entered in favor of Tofasco on Atico's First Cause of Action for inequitable conduct. IT IS ORDERED, ADJUDGED AND DECREED THAT Atico shall take nothing by its First Cause of Action for inequitable conduct.

[redacted]

///
///

All claims in this action having now been either adjudicated or dismissed by this Court (other than those claims expressly reserved in this Order), this will be the Final Judgment of this Court in this matter.

Dated this __14__ day of __January__, 2010.

_____
United States District Court Judge