ROBERT L. ESENSTEN (Bar No. 65728)
resensten@wccelaw.com
REID ERIC DAMMANN, ESQ. (Bar No. 249031)
rdammann@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile: (818) 996-8266

Attorneys for Plaintiff TOFASCO OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TOFASCO OF AMERICA, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ATICO INTERNATIONAL U.S.A., INC., a Delaware Corporation; WILLIAMS-SONOMA, INC., a California Corporation; LONGS DRUG STORES CORPORATION, a California Corporation; and MOTORSPORTS AUTHENTICS, INC., an Arizona Corporation,<br><br>Defendants. | CASE NO. CV07-04120 ABC (FMOx)<br><br>**(~~PROPOSED~~) ORDER RE STIPULATION FOR DISMISSAL** |

This cause having come before the Court upon the Stipulation of Dismissal with Prejudice between the Parties attached thereto.

IT IS HEREBY ORDERED AND ADJUDGED that all claims, counter-claims and third-party claims in this action are hereby dismissed with prejudice pursuant to the terms of the parties' settlement agreement. Each party shall bear its own costs, expenses and attorneys' fees.

DONE AND ORDERED in Chambers at Los Angeles, California on this _____ day of April 29, 2011.

_/s/ Audrey B. Collins_

Honorable Audrey B. Collins
United States District Judge

986425.1

(PROPOSED) ORDER OF DISMISSAL